UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD ORTEGA, | ) Case No. CV 13-6530-JVS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| G.D. LEWIS, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 9, 2015

_____
James V. Selna
United States District Judge